JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JORGE ENRIQUE HERNANDEZ,

Petitioner,

v.

ATTORNEY GENERAL OF THE
STATE OF CALIFORNIA,

Respondent.

Case No. 2:20-cv-09698-SB (AFM)

**JUDGMENT**

This matter came before the Court on the Petition of JORGE ENRIQUE HERNANDEZ, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed for lack of jurisdiction.

Dated:  February 5, 2021

Stanley Blumenfeld, Jr.
United States District Judge